IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID J. GONZALEZ,** | : | **Civil No. 1:18-cv-1288** |
| Petitioner, | : | |
| v. | : | |
| **ERIC TICE, PA ATTORNEY GENERAL, and DISTRICT ATTORNEY OF FRANKLIN COUNTY,** | : | |
| Respondents. | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

**AND NOW**, this 6th day of September 2019, **IT IS HEREBY ORDERED** as follows:

1) Petitioner's request file a brief in support of the objections *nunc pro tunc* (Doc. 30) is **GRANTED**.

2) The report and recommendation of the magistrate judge (Doc. 24) is **ADOPTED**.

3) The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

4) No certificate of appealability shall issue as Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right.

5) The Clerk of Court is **DIRECTED** to close this case.

s/Sylvia H. Rambo<br>
Sylvia H. Rambo<br>
United States District Judge